UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
|    CHARLES A. SISSON, | ) | Case No. 06-10676-SSM |
| | ) | Chapter 11 |
|             Debtor | ) | |
| | ) | |
| DENVER CONDOMINIUM UNIT OWNERS ASSOCIATION | ) | |
| | ) | |
|            Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARLES A. SISSON | ) | |
| | ) | |
|            Respondent | ) | |

**ORDER TERMINATING AUTOMATIC STAY**

Upon consideration of the motion filed by the Denver Condominium Unit Owners Association ("the Association") for summary judgment granting relief from the automatic stay, and the court having determined, for the reasons stated in the memorandum opinion filed with this order, that the disputed parking spaces are general common elements of the Denver Condominium and is not property of the debtor, it is

**ORDERED:**

    1. The motion for summary judgment is granted, and the automatic stay arising under § 362(a), Bankruptcy Code, is terminated so as to allow the Association to exercise control over the parking spaces claimed by the debtor at the Denver Condominium located at 1417 Chapin Street, NW, Washington, D.C.

2. The clerk will mail a copy of the memorandum opinion and this order, or give electronic notice of their entry, to the parties listed below.

Date: _____                    _____
                                                  Stephen S. Mitchell
Alexandria, Virginia                              United States Bankruptcy Judge


Copies to:

Brent C. Strickland, Esquire
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street, Suite 1800
Baltimore, Maryland 21202-1626
Counsel for the movant

Bruce W. Henry, Esquire
Henry, O'Donnell, Dahnke, and Walther, P.C.
4103 Chain Bridge Road, Suite 100
Fairfax, VA  22030
Counsel for the debtor

Robert O. Tyler, Esquire
Tyler, Bartl, Gorman & Ramsdell, PLC
700 S. Washington Street, Suite 216
Alexandria, VA  22314
Chapter 11 trustee

Frank Bove, Esquire
Office of the United States Trustee
115 South Union Street, Suite 210
Alexandria, VA  22314